IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JOHN MICHAEL CHANDLER
ADC #128340                                                                                   PETITIONER

VS.                                              2:05CV00213 JMM

LARRY NORRIS, Director,
Arkansas Department of Corrections                                              RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED that the Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254 (docket entry #1) is DENIED, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this __8__ day of __May__, 2007.

_____
UNITED STATES DISTRICT JUDGE